IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Mitutoyo Corporation,<br>Mitutoyo America Corporation<br>and<br>Hexagon Metrology Nordic AB,<br><br>    Plaintiffs,<br><br>v.<br><br>Central Purchasing, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 03C 0990<br>)<br>) Honorable Samuel Der-Yeghiayan<br>) Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF MITUTOYO CORPORATION'S MOTION FOR
## PRE-JUDGMENT INTEREST UNDER 35 U.S.C. § 284
## AND POST-JUDGMENT INTEREST UNDER 28 U.S.C. § 1961

Plaintiff Mitutoyo Corporation ("Mitutoyo") respectfully moves this Court, pursuant to 35 U.S.C. § 284 and 28 U.S.C. § 1961, for an Order granting Mitutoyo (i) additional pre-judgment interest in the amount of $86,545; and (ii) post-judgment interest at the rate of $356 per day, beginning on March 10, 2006 and continuing until the day the judgment is fully paid.

As set forth more fully in the accompanying memorandum in support of this motion, Mitutoyo is entitled to (i) additional pre-judgment interest (the March 9, 2006 Judgment awarded pre-judgment interest through June 30, 2005) because there are no exceptional circumstances that would otherwise justify the denial of an award of additional pre-judgment interest in this case, and an award of additional pre-judgment interest will fully compensate Mitutoyo for Central Purchasing's infringement under 35 U.S.C. § 284; and (ii) post-judgment interest because such interest is to be awarded on any money judgment in a civil case in a district court under 28

U.S.C. § 1961. Mitutoyo also submits in support of this motion the Declaration of Robert Christopher Rosenthal, Mitutoyo's damages expert, as to the appropriate amounts of the additional pre-judgment interest and the post-judgment interest.

Accordingly, for the reasons set forth above, as well as those in the accompanying papers, Mitutoyo respectfully requests the Court to grant Mitutoyo's motion and award Mitutoyo (i) additional pre-judgment interest in the amount of $86,545; and (ii) post-judgment interest at the rate of $356 per day, beginning on March 10, 2006 and continuing until the day the judgment is fully paid.

                                                Respectfully submitted,

                                                MITUTOYO CORPORATION

Date:     March 23, 2006           By:     s/ Patrick G. Burns
                                                          Patrick G. Burns
                                                          GREER, BURNS & CRAIN, LTD.
                                                          300 South Wacker Drive
                                                          25th Floor
                                                          Chicago, Illinois 60606
                                                          Telephone: (312) 360-0080

                                                          James A. Oliff
                                                          Kirk M. Hudson
                                                          Darle M. Short
                                                          OLIFF & BERRIDGE, PLC
                                                          277 South Washington Street, Suite 500
                                                          P.O. Box 19928
                                                          Alexandria, Virginia 22314
                                                          Telephone: (703) 836-6400